UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA MORRIS,

    Plaintiff,

v.

ALLSTATE VEHICLE & PROPERTY
INSURANCE COMPANY,

    Defendant.
_____/

Case No. 16-cv-14317
Hon. Matthew F. Leitman

## **ORDER DISMISSING COMPLAINT (ECF #1) WITHOUT PREJUDICE**

On August 14, 2017, counsel for Plaintiff Lisa Morris ("Plaintiff") filed a motion to withdraw as counsel in this action. (*See* ECF #10.) The Court entered an order in which it granted the motion to withdraw. (*See* ECF #13.) The order set a deadline of October 30, 2017 for Plaintiff to either have new counsel file an appearance or inform the Court that she would represent herself. The order further specified that failure to comply could result in dismissal of Plaintiff's Complaint:

> **IT IS FURTHER ORDERED** that Plaintiff shall either (1) retain new counsel, who shall file a notice of appearance with the court no later than October 30, 2017; or (2) notify the Court in writing that she intends to proceed *pro se* and confirm her mailing address with the Court no later than October 30, 2017. Please be advised that failure to comply with any portion of this Order may result in dismissal of this action.

(*Id.* at Pg. ID 180.)

At the time of this Order, no new counsel for Plaintiff has filed an appearance, and Plaintiff has not informed the Court that she will represent herself.

Accordingly, the Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated: November 14, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2017, by electronic means and/or ordinary mail.

                                     s/Holly A. Monda
                                     Case Manager
                                     (810) 341-9764